UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

    Case No. 1:20-cr-00183-RJJ

  Plaintiff,

v.

    Hon. Robert J. Jonker

KALEB JAMES FRANKS

    **GOVERNMENT'S INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT**

  Defendant(s).

I.  **DISCOVERY**

  A.  Statements of Defendant

    1.  Oral Statements (Rule 16(a)(1)(A))

    ☐  There are no written records of oral statements or other oral statements as defined in Rule 16(a)(1)(A).

    ☒  There are the following written records of oral statements:

> -FBI Report of Custodial Interrogation (also audio/video recorded)

    The substance of which

    ☐  has been disclosed to defense counsel.

    ☒  will be disclosed to defense counsel by  January 15, 2021.

    2.  Written or Recorded Statements (Rule 16(a)(1)(B))

    ☐  There are no written or recorded statements or grand jury testimony of defendant.

    ☒  There are the following written or recorded statements or grand jury testimony:

> -Audio recordings (covert surveillance)
> -Audio/video recording of custodial interview
> -Text messages, chats
> -Audio/video recordings sent through social media

    All written or recorded statements

    ☐  have been disclosed to defense counsel.

    ☒  will be disclosed to defense counsel by  January 15, 2021.

B. <u>Defendant's Prior Record (Rule 16(a)(1)(D))</u>

☐ The Government has made due inquiry and is not aware of any prior criminal record.

☒ The Government has disclosed defendant's prior criminal history.

☐ The Government is now making inquiry into defendant's prior criminal history. The results will be disclosed to defense counsel upon receipt.

C. <u>Documents and Tangible Objects (Rule 16(a)(1)(E))</u>

☐ The Government has no documents, tangible objects, or physical evidence required to be disclosed.

☒ The Government has the following documents, tangible objects, and physical evidence:
- ☐ Drug Paraphernalia ☐ Drug Records ☐ Inventory (attached)
- ☐ Controlled Substances: _____
- ☐ Records: _____
- ☒ Firearms: See returns on warrants listed below
- ☒ Other: See returns on warrants listed below

☒ The Government voluntarily notifies the defendant of the following search warrants issued and the warrant returns:
- ☐ State
- ☒ Federal:
  - Case No. _____ Re: 20-mj-349, 392, 393, 394, 396 (ping)
  - Case No. _____ Re: 20-mc-505016-10 (electronic devices)
  - Case No. _____ Re: 20-mc-50516-6 (residence and vhc)

☐ They have been made available for inspection and copying by defense counsel.

☒ Defense counsel should make arrangements with:
FBI Special Agent Chelsea Williams

D. <u>Reports of Examinations and Tests (Rule 16(a)(1)(F))</u>

☐ The Government has no reports of examinations or tests required to be disclosed by Rule 16.

☒ The Government has or expects to have reports of the following examinations and tests:
- ☐ Drug Analysis ☐ Handwriting ☒ Fingerprints
- ☐ DNA ☒ Firearms/Nexus ☒ Gun Operability
- ☒ Computer Forensics ☐ Other: _____

E. <u>Reciprocal Discovery</u>

☒ The Government seeks reciprocal discovery.

F. <u>Notice Under FRE 404(b)</u>

☒ The Government does not presently intend to introduce 404(b) evidence.

☐ The Government does presently intend to introduce the following 404(b) evidence:

☐ The Government will provide pretrial notice of 404(b) evidence by _____.

G. <u>Other Discovery Matters</u>

II. <u>TRIAL</u>
A. The Government requests a ☒ jury ☐ non-jury trial.
B. The length of trial excluding jury selection is estimated at ___3 weeks___.

III. <u>MISCELLANEOUS</u>

The parties acknowledge that if the case is appropriate for expedited resolution, a joint motion for expedited sentencing shall be filed within 14 days of arraignment.

☒ The Government is unaware at this time of any known conflict with defendant's representation by counsel. The United States will immediately advise counsel if any such conflict becomes known.

☐ The Government is aware of the following potential conflicts:

☒ Government's plea negotiation policy:

To benefit from concessions by the government, Defendant must enter plea agreement 4 weeks before the final pretrial conference.

Date ___December 17, 2020___  ___Austin J. Hakes___
Counsel for the United States

(Rev. 03/01/2019)