UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KALEB JAMES FRANKS,

        Defendant.

CASE NUMBER: 1:20-CR-183

HON. ROBERT J. JONKER
CHIEF U.S. DISTRICT COURT JUDGE

**DEFENDANT'S INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT**

Defendant ___KALEB JAMES FRANKS___, through his attorney, submits the following initial pretrial conference summary statement.

I. **DISCOVERY**

☒ The defendant requests disclosure pursuant to Federal Rules of Evidence 404(b).

The defendant ☒ will ☐ will not provide reciprocal discovery.

II. **TRIAL**

The defendant requests a ☒ jury ☐ non-jury trial.

III. **MISCELLANEOUS**

The parties acknowledge that if the case is appropriate for expedited resolution and sentencing, a joint motion for expedited sentencing shall be filed within 14 days of arraignment.

☒ Counsel for defendant is unaware at this time of any known conflict with counsel's representation of defendant. Counsel will immediately advise the court if any such conflict becomes known.

☐ Counsel for defendant is aware of the following potential conflicts:

IV. **OBLIGATIONS**

☒ Counsel for defendant acknowledges having reviewed the Obligations of Defense Counsel section available at the court's website, www.miwd.uscourts.gov > > Attorney Information > > Criminal Case Information.

Date__December 17, 2020_____

/s/ Scott Graham_____
Counsel for Defendant