### UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
### CRIMINAL MINUTE SHEET

| USA v.  Adam Dean Fox* | Mag. Judge:  Sally J. Berens |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:20-cr-00183-RJJ | 9/2/2021 | 10:04 AM - 11:34 AM | Grand Rapids | |

**APPEARANCES:**

| Government: Nils Kessler and Austin Hakes | Defendant: Christopher M. Gibbons* | Counsel Designation: CJA Appointment |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Superseding Indictment | Read __ <br> Reading Waived __ |

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| __ First Appearance <br> __ Arraignment: <br>  __ mute  __ nolo contendre <br>  __ not guilty  __ guilty <br> __ Initial Pretrial Conference <br> __ Detention  (waived __) <br> __ Preliminary  (waived __) <br> __ Rule 5 Proceeding <br> __ Revocation/SRV/PV <br> __ Bond Violation <br> __ Change of Plea <br> __ Sentencing <br> ✓ Other: Motions** | __ Defendant's Rights <br> __ Waiver of ____ <br> __ Consent to Mag. Judge for ____ <br> __ Other: <br> ____ <br> ____ <br> Court to Issue: <br> __ Report & Recommendation <br> __ Order of Detention <br> __ Order to file IPTC Statements <br> __ Bindover Order <br> __ Order Appointing Counsel <br> __ Other: | Guilty Plea to Count(s) ____ <br> of the ____ <br> Count(s) to be dismissed at sentencing: <br> ____ <br> Presentence Report: <br>  __ Ordered  __ Waived <br> __ Plea Accepted by the Court <br> __ No Written Plea Agreement <br> **EXPEDITED RESOLUTION** <br> __ Case appears appropriate for expedited resolution |

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
| * Barry Gordon Croft, Jr. (Attorney Joshua Blanchard), Kaleb James Franks (Attorney Scott Graham),  Daniel Joseph Harris (Attorney Julia Kelly),  Brandon Michael-Ray Caserta (Attorney Michael Hills) <br><br> **ECF Nos. 225, 251-253, 258, 290; motions denied (ECF No. 225, 258). | Imprisonment: ____ <br> Probation: ____ <br> Supervised Release: ____ <br> Fine: $ ____ <br> Restitution: $ ____ <br> Special Assessment: $ ____ <br> Plea Agreement Accepted:  __ Yes __ No <br> Defendant informed of right to appeal:  __ Yes __ No <br> Counsel informed of obligation to file appeal: __ Yes __ No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Detention Continued | $ ____ |
| **CASE TO BE:**  Referred to District Judge | **TYPE OF HEARING:** Further Proceedings |
| **Reporter/Recorder:**  Digitally Recorded | **Courtroom Deputy:**  J. Lenon |