UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ADAM DEAN FOX, et al.,

    Defendant.
_____/

No. 1:20-CR-183

Hon. Robert J. Jonker
Chief U.S. District Judge

NOTICE OF WITHDRAWAL OF APPEARANCE

Austin J. Hakes, Assistant United States Attorney, withdraws his appearance as attorney in the above captioned case.

Respectfully submitted,

ANDREW BYERLY BIRGE
United States Attorney

Date: November 19, 2021

   /s/   *Austin J. Hakes*
AUSTIN J. HAKES
Assistant United States Attorney
P.O. Box 208
Grand Rapids, Michigan   49501-0208
(616) 456-2404