THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

THE UNITED STATES OF AMERICA,

        Plaintiff,

v.

ADAM DEAN FOX,
BARRY GORDON CROFT, JR.,
KALEB JAMES FRANKS,
DANIEL JOSEPH HARRIS,
BRANDON MICHAEL-RAY CASERTA,

        Defendants.

Case No. 1:20-CR-183

Hon. Robert J. Jonker
Chief U.S. District Court Judge

---

### CERTIFICATE REGARDING MOTION CONCURRENCE

Pursuant to L. Crim. R. 12.4, counsel sought concurrence with AUSA Nils Kessler regarding Defendants' Motion for Leave to File Defendants' Motion in Limine Regarding Admission of Out-of-Court Statements and Memorandum in Support and Defendants' Motion in Limine Regarding Admission of Out-of-Court Statements. Mr. Kessler indicated that the government takes no position on Defendants' Motion for Leave to File Defendants' Motion, but opposes the relief requested in Defendants' Motion in Limine Regarding Admission of Out-of-Court Statements.

Date:  December 17, 2021        **SCOTT GRAHAM PLLC**

                                        By:    /s/ Scott Graham
                                               Scott Graham
                                               Attorney for Defendant Franks
                              Business Address:
                                          1911 West Centre Avenue, Suite C
                                          Portage, Michigan 49024
                                          (269) 327.0585