# Exhibit A

Chambers' Exeintel Business Proposal

**Sent:** Friday, November 8, 2019 11:04 AM
**To:** [REDACTED]
**Cc:** jcexeintel@gmail.com; ceo@exeintel.com
**Subject:** ExeIntel Service Quotes

[REDACTED]
Please see the attachment for ExeIntel Service quotes for the three scenarios we discussed on Monday.
We greatly look forward to working with your company.

You can also reach me at the emails copied above: jcexeintel@gmail.com, and ceo@exeintel.com.

Thank you.
--
Jayson



General Quotes for [REDACTED].pdf




General Quotes for Salamander
Re: Three Primary Scenarios

Date: November 2, 2019

Contact: ceo@exeintel.com
Referral: Jayson Chambers

# Table Of Contents:

**I. Introduction**

**II. Scenario 1: General Event Vetting and Monitoring**

**III. Scenario 2: Emergency Event Vetting and Monitoring**

**IV. Scenario 3: Mass Database Vetting**

**V. Conclusion**

# I. Introduction

## Meeting on October 28, 2019

On October 28, 2019, President of Salamander Technologies Robert Reiss and ExeIntel CEO Jayson Chambers held an in-person meeting in Swartz Creek, Michigan. Conversation during that meeting included discussion of the various types of clients that Salamander Technologies serve and the types of services that ExeIntel provides. Further conversation explored possible ways that ExeIntel services could be used to supplement services already provided by Salamander Technologies to existing clientele. To that end, the following three generalized scenarios and ExeIntel involvement were developed:

- General Event: Vetting and Monitoring
- Mass Disaster/Emergency Event: Vetting and Monitoring
- Mass Database Vetting and Information Supplementation

ExeIntel has developed generalized quotes for these services as described, which are being submitted for Salamander Technologies consideration. The quotes are included below.

# II. Scenario 1: General Event Vetting and Monitoring

## Description

The General Event Scenario involves clients utilizing Salamander Technologies for pre-planned event of significant size. These events are large enough to require physical security services, which are usually provided by local law enforcement. These events also include large numbers of volunteers or event workers who are present at the event and may have access to sensitive security areas and/or equipment. Salamander Technologies provides systems for providing and tracking access to these areas and equipment.

With these precautions and systems in place, the primary security weakness is the "insider threat", which will most likely come through the volunteers and/or vendors. ExeIntel proposes to address this security weakness by providing online vetting and monitoring services specifically tailored to each event. Specifically, ExeIntel will:

- Use data submitted to Salamander Technologies by the volunteers or workers involved to complete ExeIntel's online vetting process. The online vetting would be specifically tailored to address the event's regional, topical, and possibly political threat picture. Any items of concern would be flagged and reported. Items of lower concern could be submitted for future online monitoring.
- Provide true 24/7 threat monitoring for the specific event before and during the scheduled activities. For a more complete threat monitoring picture, ExeIntel recommends online threat monitoring for one month before the scheduled event. Online monitoring includes continual searches of the dark web and analysis of possibly harmful actors or groups. Identified threats would be immediately flagged and reported. ExeIntel would then coordinate with the client's security personnel on future steps to address the identified threat.
- Perform exhaustive online investigation immediately on reported incidents or individuals upon the client's request. These investigations could be automatically triggered through flags in Salamander Technologies systems. Specifically, an investigation could be immediately triggered if a tagged individual is in an area in which they have not been given access, is moving items which are not tagged to them, etc.

Examples of the General Event Scenario included PGA Tour Tournaments and NCAA Division I football seasons. Both of those examples involve large amounts of volunteers or vendors, large physical spaces, large amounts of equipment, etc.

## Quote

ExeIntel proposes the following general prices for the services as described above:

- Initial Vetting Process: $200 per individual submitted

- Online Monitoring: $1,200 per day or $25,000 per month. This includes specific online investigative activity as requested.

## Examples

For the PGA Tour event with 150 volunteers/vendors as described above, a theoretical quote could be:

- Initial Vetting Processes: $30,000
- Online Monitoring, Two Weeks: $16,800
- Total Cost: $46,800

Or:

- Initial Vetting Process: $30,000
- Online Monitoring, One Month: $25,000
- Total Cost: $55,000

For the NCAA Division I football season with 150 volunteers/vendors and six home games over four months, a theoretical quote could be:

- Initial Vetting Processes: $30,000
- Online Monitoring, Four Months: $100,000
- Total Cost: $130,000

# III. Scenario 2: Emergency Event Vetting and Monitoring

## Description

The Emergency Event Scenario involves clients utilizing Salamander Technologies for on-site management of large scale emergency events. These events include natural disasters like hurricanes, wildfires, volcanic eruptions, etc, as well as terrorism-related events. Salamander Technologies provides systems for clients like FEMA tagging people and equipment, and tracking access to sensitive areas and equipment.

In these types of events, Salamander Technologies creates tags for large numbers of previously unknown individuals. There exists a real threat of equipment loss, damage, sabotage, etc. through completely unknown individuals receiving access to sensitive areas and equipment. Also, especially in terrorism-related events, follow-on or copy-cat style attacks are unfortunately all too common. ExeIntel proposes to address these issues by providing online vetting and monitoring services specifically tailored to the emergency event. Specifically, ExeIntel will:

- Use data submitted to Salamander Technologies during its tagging process to complete an expedited version of ExeIntel's online vetting process. The online vetting would be specifically tailored to address the emergency event's threat picture.
- Perform standard ExeIntel online vetting process on individuals that warrant more attention. Any items of concern would be flagged and reported. Items of lower concern could be submitted for future online monitoring.
- Provide true 24/7 threat monitoring for the specific event immediately and following the emergency event. Online monitoring would continue at the client's discretion. Online monitoring includes continual searches of the dark web and analysis of possibly harmful actors or groups. Identified threats would be immediately flagged and reported. ExeIntel would then coordinate with the client's security personnel on future steps to address the identified threat.
- Perform exhaustive online investigation immediately on reported incidents or individuals upon the client's request. These investigations could be automatically triggered through flags in Salamander Technologies systems. Specifically, an investigation could be immediately triggered if a tagged individual is in an area in which they have not been given access, is moving items which are not tagged to them, etc.

Examples of the Emergency Event Scenario include Salamander Technologies' work with FEMA during the recent volcanic eruptions in Hawaii and hurricane relief efforts in the Southeastern United States. Both examples include tagging large amounts of unvetted

individuals, tagging large amounts of expensive equipment, and covering large amounts of physical space.

## Quote

ExeIntel proposes the following general prices for the services as described above:

- Initial Vetting Process: $50 per individual submitted, in increments of 50, i.e., $2,500 for 50, $5,000 for 100, etc.
- Secondary Vetting Process: $50 per individual
- Online Monitoring: $1,200 per day or $25,000 per month. This includes specific online investigative activity as requested.

## Example

For a general emergency event involving tagging 1,000 people, secondary checks on 50 people, and online monitoring for one month, a theoretical quote could be:

- Initial Vetting Processes: $50,000
- Secondary Vetting Processes: $2,500
- Online Monitoring, One Month: $25,000
- Total Cost: $77,500

# IV. Scenario 3: Mass Database Vetting

## Description

The Mass Database Vetting Scenario involves clients utilizing Salamander Technologies for database management. These databases include contact information on specific individuals voluntarily provided. An example of such a client included the South Dakota State concealed carry permit database.

These database clients may benefit from online vetting of the listed individuals. Enhanced information on the individuals in the databases may significantly increase safety to the users of the database. Specifically, for the South Dakota State concealed carry permit database, enhanced reports on individuals who may pose a threat would add a significant layer of safety to state troopers who may be pulling over a concealed carry permit holder who holds anti-police sentiments. ExeIntel proposes to address these issues by either providing one-time online vetting or an ongoing vetting monitoring services specifically tailored to the database in question. Specifically, ExeIntel will:

- Use data from Salamander Technologies database to complete ExeIntel's online vetting process. The online vetting would be specifically tailored to address the specific database's threat picture. Reports on any threats would be provided for the client's use.
- Use data from Salamander Technologies database to complete ExeIntel's online vetting process in an ongoing format. All individuals could be re-checked on a rotating basis, and possible threat accounts could be flagged for ongoing monitoring. Reports would be updated and provided to the client in real-time.

## Quote

ExeIntel proposes the following general prices for the services as described above:

- One-Time Vetting Process: $150 per individual submitted
- Ongoing Vetting and Monitoring: Vetting cost at $100 per individual Monthly monitoring costs based on the size of the database.
    - 10,000 individuals = $10,000 per month
    - 20,000 individuals = $17,500 per month
    - 30,000 individuals = $25,000 per month
    - Greater than 30,000 individuals = $0.75 per individual per month

## Examples

For a database involving 10,000 individuals, a theoretical quote could be:

- One-Time Vetting Processes: 10,000 * $150 = $1,500,000

Or:

- Ongoing Vetting and Monitoring: 10,000 * $100 = $1,000,000 and $10,000 per month afterwards

For a database involving 40,000 individuals, a theoretical quote could be:

- One-Time Vetting Processes: 40,000 * $150 = $6,000,000

Or:

- Ongoing Vetting and Monitoring: $6,000,000 and 40,000 * $0.75/Month = $30,000 per month afterwards

# V. Conclusion

ExeIntel greatly appreciates the opportunity to provide these quotes to Salamander Technologies. We are open to discussion on how best to partner together to further the interest of both parties.

Please note, expected times completion of the scenarios described above would vary based on size and complexity of each case. Larger scale scenarios may require longer completion times. Results could be provided in batches if necessary.

Thank you for your time and consideration.

Jayson Chambers
CEO, ExeIntel