# Exhibit B

Funding Email from Jayson Chambers



Begin forwarded message:

**From:** Jayson Chambers < sonchambers@gma .com>
**Subject: Recent Detroit News Media Interview**
**Date:** Apr  22  2019 at 9:15:17 AM CDT
**To:**

Good Morning Sir,

I trust that the negotiations with Louisiana and other states are proceeding well. In the interim, Sheli and I are daily planning and preparing for ExeIntel to go live. I've also been preparing things at my office so that I can leave the Bureau and join ExeIntel full time very soon after it is funded. I am currently the Acting Supervisory Special Agent of my squad, which has allowed me to reallocate resources such that my eventual exit will be relatively painless.

I was recently interviewed by the ABC News affiliate in Detroit regarding a new technology, 3D Laser Scanning and Modeling, I've been privileged to help pioneer in the FBI. I am looking to continue working with this technology after I leave the Bureau as well. Here is the link to the article:
https://www.wxyz.com/news/local-news/investigations/game-changing-technology-used-in-flint-bishop-terror-attack-case-took-jury-inside-crime-scene-without-leaving-courtroom

The news article and video clip may help to supplement my resume until we are able to meet in person. Please feel free to share it with other colleagues in            it would be of interest.

As always, I'm happy to answer any questions that you may have. I remain respectfully at your disposal.
--
Jayson