# Exhibit C

## Jayson Chambers' Resume



Beg n forwarded message:

**From:** Jayson Chambers <jsonchambers@gma_.com>
**Subject: Requested Resume**
**Date:** March 21, 2019 at 7:21:47 PM CDT
**To:** ███████████████

███

It was great talking to you yesterday. Thanks for taking the time.
I've attached my resume as requested. Please feel free to pass it along to whomever you would like, and have them reach out to me any time. I've very excited to come on board with ExeIntel, and I look forward to working closely with ██████ to help make this enterprise a success.
Thanks again

--
Jayson



Jayson
Chamb...me.pdf

# Jayson Chambers

Senior Counter Terrorism Special Agent
Terrorism on the Internet Expert
Acting CT Supervisor
989-370-0648
jsonchambers@gmail.com

## Education

Bachelor's of Science in Mechanical Engineering
Pensacola Christian College - 2005

## Engineering

**2005 - 2010**

    **Mechanical/Industrial Engineer - Kodiak Group Engineering, Grayling MI**
- CAD Engineering Expert
- Total Station Operator

## Federal Bureau of Investigation

**2010 - 2015**

    **Special Agent - FBI Boston**

    Terrorist Organizations Targeted:
- Al Qaeda
- Tehrik-i-Taliban (TTP)

    Notable Cases:
- Boston Marathon (2013)
- Terrorism Enterprise Investigation (2011 - 2015)

**2015 - Present**

    **Special Agent - FBI Detroit**
    **Primary Relief Supervisor (2017 - 2019)**
    **Acting Supervisory Agent (2019)**

    Terrorist Organizations Targeted:
- Islamic State of Iraq and Syria (ISIS)
- Lashkar-e-Tayyiba (LeT)
- Hamas
- Tehrik-i-Taliban (TTP)

    Notable Case Successes Utilizing Online Undercover Techniques:
- Khalil Abu-Rayyan (2015 - 2016)
- Kamran Majeed (2016 - 2018)
- Muse Muse, Mohammud Muse, and Mohammed Haji (2018 - 2019)

**2014 - Present**
    **Evidence Response Team (Boston and Detroit)**
    **Team Member (2014 - 2016)**
    **Team Leader (2016 - Present)**
    **3D Scanner Team Leader (2017 - Present)**
    Advanced FBI ERT Trainings:

- Crime Scene 3D Scanning (Instructor)
- Advanced Crime Scene Sketching (Instructor)
- Human Remains Recovery (Body Farm, University of Tennessee Knoxville)
- Mapping of Human Remains
- Bullet Trajectory Training
- Post-Blast Processing

Crime Scenes / Searches Processed Include:

- Body Recovery Digging Operations
- Murder Scenes
- Bank Robberies
- Terrorism Attacks
- Prison Searches

Other Accomplishments of Note:

- Presented Evidence during the Trial of Boston Marathon Bomber Dzhokhar Tsarnaev (2015)
- Certified FARO 3D Scan Operator (December 2017)
- Presented FARO Scan using FARO Scene software in Federal Criminal Court during the International Terrorism Trial of Amour Ftouhi (November 2018)