# Exhibit D

Exeintel Certificate of Dissolution



STATE OF NEW MEXICO

## MAGGIE TOULOUSE OLIVER

SECRETARY OF STATE

# Certificate of Dissolution

OF

**EXEINTEL LLC**

**5868637**

The Office of the Secretary of State certifies that the Articles of Dissolution, duly signed and verified pursuant to the provisions of the

**Limited Liability Company Act**                               **53-19-1 to 53-19-74 NMSA 1978**

have been received and are found to conform to law. Accordingly, by virtue of the authority vested in it by law, the Office of the Secretary of State issues this Certificate of Dissolution and attaches hereto a duplicate of the Articles of Dissolution.

Dated: **October 29, 2021**

**In testimony whereof, the Office of the Secretary of State has caused this certificate to be signed on this day in the City of Santa Fe, and the seal of said office to be affixed hereto.**

*Maggie Toulouse Oliver*

**Maggie Toulouse Oliver**
**Secretary of State**



Office of the New Mexico Secretary of State
Filing Number: 0002196790
Filed On: 11/5/2021
Total Number of Pages: 1 of 1

STATE OF NEW MEXICO

# MAGGIE TOULOUSE OLIVER
SECRETARY OF STATE

Type or Print Legibly
$25 Filing Fee

## Limited Liability Company
## Articles of Dissolution

The undersigned, acting with authority under Section 53-19-41 NMSA 1978 of the New Mexico Limited Liability Company Act, adopts the following Articles of Dissolution:

**Article One:** *The current name, DBA name(s) and business ID number of the company:
EXEINTEL LLC, Business ID #: 5868637

*The Articles of Organization were initially filed on: 4/4/2019

*The dates of any amendments: _____

**Article Two:** *The event causing the dissolution: (please select the applicable statement)

☐ An event specified in the Articles of Organization or an operating agreement, which is as follows: _____

☑ Upon the written consent of members having a majority share of the voting power of all members.

☐ A majority interest of the remaining members do not give their written consent to continue the business of the limited liability company within ninety days after the occurrence of an event of dissociation.

**Article Three:** *The name and address of each person who has authority to act for the limited liability company in connection with the winding up of its business and affairs is:

| Name | Address | City | State | Zip code |
|---|---|---|---|---|
| Jayson Chambers | 7111 Dixie Hwy #280 | Clarkston | Michigan | 48346 |

**Article Four*:** ☑ I confirm that the limited liability company has resigned as a registered agent or is not currently a registered agent for any registered entity in New Mexico.

**Article Five:** ☐ Check only if applicable: The winding up of the business and affairs of the limited liability company is being supervised by a court pursuant to the provisions of Paragraph (2) of Subsection A of Section 42 (53-19-42 NMSA 1978) of the Limited Liability Company Act.

*Executed Date: 10/29/2021

Effective Date (optional): _____

*Authorized Persons Signature(s)

Jayson Chambers, Member
*Printed Name(s) and Title(s)

325 DON GASPAR, SUITE 300 | SANTA FE, NEW MEXICO 87501
PHONE: (505) 827-3600 or (800) 477-3632 | FAX: (505) 827-8081
WWW.SOS.STATE.NM.US

Rev 5/2021

Page 1

RECEIVED NOV 05 2021



STATE OF NEW MEXICO

**MAGGIE TOULOUSE OLIVER**

SECRETARY OF STATE

**December 14, 2021**

BUSINESS FILINGS INCORPORATED
8020 EXCELSIOR DRIVE, SUITE 200
MADISON, WI 53717

**RE:  EXEINTEL LLC**
**Business ID #:**  5868637

The Office of the Secretary of State has approved and filed the Articles of Dissolution for the above captioned organization effective October 29, 2021. The enclosed Certificate Of Dissolution is evidence of filing, and should become a permanent document of the organization's records.

If you have any questions, please contact the Business Services Division at (505) 827-3600 or toll free at 1-800-477-3632 for assistance.

Business Services Division