# Exhibit E

Summary of Jayson Chambers' FD-1023 Forms

## 1023: CHS CONTACT SUMMARY – SA JAYSON CHAMBERS

| Report No. | Date of Contact | Bates No. | | | |
|---|---|---|---|---|---|
| 1. | 3-19-20 | 00112042 | 46. | 6-23-20 | 00112503 |
| 2. | 3-17-20 | 00112040 | 47. | 6-23-20 | 00033564 |
| 3. | 3-19-20 | 00114045 | 48. | 6-23-20 | 00112533 |
| 4. | 3-20-20 | 00113048 | 49. | 6-24-20 | 00033611 |
| 5. | 3-20-20 | 00112047 | 50. | 6-24-20 | 00112539 |
| 6. | 3-30-20 | 0112070 | 51. | 6-24-20 | 00112554 |
| 7. | 3-30-20 | 00112058 | 52. | 6-25-20 | 00112562 |
| 8. | 3-30-20 | 00112055 | 53. | 6-25-20 | 00112573 |
| 9. | 4-1-20 | 00112064 | 54. | 6-28-20 | 00112604 |
| 10. | 4-2-20 | 00112067 | 55. | 6-28-20 | 00033621 |
| 11. | 4-5-20 | 00112073 | 56. | 6-28-20 | 00036210 |
| 12. | 4-9-20 | 00112095 | 57. | 6-29-20 | 00112578 |
| 13. | 4-11-20 | 00112102 | 58. | 6-30-20 | 00112587 |
| 14. | 4-11-20 | 00112105 | 59. | 6-30-20 | 00036237 |
| 15. | 4-12-20 | 00112118 | 60. | 7-1-20 | 00036221 |
| 16. | 4-13-20 | 00112115 | 61. | 7-2-20 | 00036292 |
| 17. | 4-13-20 | 00112123 | 62. | 7-6-20 | 00036318 |
| 18. | 4-13-20 | 00112235 | 63. | 7-7-20 | 00112683 |
| 19. | 4-20-20 | 00112237 | 64. | 7-9-20 | 00036329 |
| 20. | 4-23-20 | 00112146 | 65. | 7-12-20 | 00036338 |
| 21. | 4-27-20 | 00112240 | 66. | 7-12-20 | 00112656 |
| 22. | 4-27-20 | 00112241 | 67. | 7-13-20 | 00112674 |
| 23. | 4-27-20 | 00112150 | 68. | 7-13-20 | 00036352 |
| 24. | 5-1-20 | 00112163 | 69. | 7-13-20 | 00036361 |
| 25. | 5-4-20 | 00112169 | 70. | 7-13-20 | 00036345 |
| 26. | 5-10-20 | 00112181 | 71. | 7-15-20 | 00036409 |
| 27. | 5-10-20 | 00112182 | 72. | 7-15-20 | 00112727 |
| 28. | 5-18-20 | 00112233 | 73. | 7-16-20 | 00036424 |
| 29. | 5-19-20 | 00112215 | 74. | 7-20-20 | 00036412 |
| 30. | 5-22-20 | 00112231 | 75. | 7-20-20 | 00112699 |
| 31. | 5-30-20 | 00112298 | 76. | 7-20-20 | 00112719 |
| 32. | 5-31-20 | 00112309 | 77. | 7-20-20 | 00036380 |
| 33. | 6-2-20 | 00112332 | 78. | 7-20-20 | 00112685 |
| 34. | 6-4-20 | 00112350 | 79. | 7-20-20 | 00112687 |
| 35. | 6-7-20 | 00112371 | 80. | 7-20-20 | 00036398 |
| 36. | 6-13-20 | 00112404 | 81. | 7-20-20 | 00112722 |
| 37. | 6-14-20 | 00033426 | 82. | 7-20-20 | 00112696 |
| 38. | 6-15-20 | 00033433 | 83. | 7-21-20 | 00036440 |
| 39. | 6-18-20 | 00033458 | 84. | 7-21-20 | 00112760 |
| 40. | 6-19-20 | 00112465 | 85. | 7-21-20 | 00112753 |
| 41. | 6-20-20 | 00033484 | 86. | 7-22-20 | 0003470 |
| 42. | 6-22-20 | 00033533 | 87. | 7-22-20 | 00112766 |
| 43. | 6-23-20 | 00112440 | 88. | 7-23-20 | 00036478 |
| 44. | 6-23-20 | 00033458 | 89. | 7-24-20 | 00112780 |
| 45. | 6-23-20 | 00033530 | 90. | 7-29-20 | 00112788 |
| | | | 91. | 7-29-20 | 00112785 |

# 1023: CHS CONTACT SUMMARY – SA JAYSON CHAMBERS

| # | Date | ID | | # | Date | ID |
|---|---|---|---|---|---|---|
| 92. | 7-29-20q | 00112793 | | 138. | 8-23-20 | 00113129 |
| 93. | 7-29-20 | 00036515 | | 139. | 8-23-20 | 00113123 |
| 94. | 7-29-20 | 00036526 | | 140. | 8-24-20 | 00040899 |
| 95. | 7-29-20 | 00036540 | | 141. | 8-24-20 | 00113111 |
| 96. | 7-29-20 | 00112807 | | 142. | 8-25-20 | 00113101 |
| 97. | 7-29-20 | 00112783 | | 143. | 8-25-20 | 00040876 |
| 98. | 7-29-20 | 00112817 | | 144. | 8-25-20 | 00113094 |
| 99. | 8-3-20 | 00112826 | | 145. | 8-26-20 | 00113083 |
| 100. | 8-2-20 | 00112831 | | 146. | 8-26-20 | 00113076 |
| 101. | 8-3-20 | 00112833 | | 147. | 8-26-20 | 00040871 |
| 102. | 8-3-20 | 00038568 | | 148. | 8-26-20 | 00113087 |
| 103. | 8-12-20 | 00112840 | | 149. | 8-26-20 | 00113090 |
| 104. | 8-12-20 | 00112849 | | 150. | 8-26-20 | 00113080 |
| 105. | 8-12-20 | 00112855 | | 151. | 8-26-20 | 00113066 |
| 106. | 8-12-20 | 00038599 | | 152. | 8-27-20 | 00040846 |
| 107. | 8-12-20 | 00112869 | | 153. | 8-27-20 | 00040856 |
| 108. | 8-12-20 | 00112860 | | 154. | 8-28-20 | 00040829 |
| 109. | 8-12-20 | 00112865 | | 155. | 8-29-20 | 00113052 |
| 110. | 8-12-20 | 00112877 | | 156. | 8-29-20 | 00040838 |
| 111. | 8-12-20 | 00112883 | | 157. | 8-29-20 | 00040826 |
| 112. | 8-12-20 | 00112885 | | 158. | 8-29-20 | 00113052 |
| 113. | 8-16-20 | 00038648 | | 159. | 8-29-20 | 00040815 |
| 114. | 8-16-20 | 00038630 | | 160. | 8-30-20 | 00113043 |
| 115. | 8-12-20 | 00112855 | | 161. | 8-31-20 | 00040804 |
| 116. | 8-16-20 | 00112904 | | 162. | 8-31-20 | 00040810 |
| 117. | 8-16-20 | 00112902 | | 163. | 9-1-20 | 00040795 |
| 118. | 8-16-20 | 00112909 | | 164. | 9-1-20 | 00041200 |
| 119. | 8-16-20 | 00112907 | | 165. | 9-1-20 | 00113278 |
| 120. | 8-16-20 | 00112919 | | 166. | 9-1-20 | 00113140 |
| 121. | 8-16-20 | 00038663 | | 167. | 9-2-20 | 00113135 |
| 122. | 8-18-20 | 00112961 | | 168. | 9-2-20 | 00113144 |
| 123. | 8-18-20 | 00038699 | | 169. | 9-3-20 | 00041174 |
| 124. | 8-18-20 | 00112936 | | 170. | 9-3-20 | 00113256 |
| 125. | 8-23-20 | 00038706 | | 171. | 9-9-20 | 00041120 |
| 126. | 8-23-20 | 00038723 | | 172. | 9-5-20 | 00113205 |
| 127. | 8-23-20 | 00112991 | | 173. | 9-5-20 | 00113207 |
| 128. | 8-23-20 | 00038718 | | 174. | 9-5-20 | 00041094 |
| 129. | 8-23-20 | 00112969 | | 175. | 9-7-20 | 00113197 |
| 130. | 8-23-20 | 00038742 | | 176. | 9-7-20 | 00041073 |
| 131. | 8-23-20 | 00112993 | | 177. | 9-8-20 | 00113164 |
| 132. | 8-21-20 | 00038749 | | 178. | 9-8-20 | 00041045 |
| 133. | 8-22-20 | 00038773 | | 179. | 9-8-20 | 00041038 |
| 134. | 8-23-20 | 00113027 | | 180. | 9-8-20 | 00041017 |
| 135. | 8-23-20 | 00040914 | | 181. | 9-9-20 | 00041366 |
| 136. | 8-23-20 | 00113126 | | 182. | 9-9-20 | 00041366 |
| 137. | 8-23-20 | 00112979 | | 183. | 9-9-20 | 00113347 |

# 1023: CHS CONTACT SUMMARY – SA JAYSON CHAMBERS

| | | |
|---|---|---|
| 184. | 9-16-20 | 00113347 |
| 185. | 9-9-20 | 00041392 |
| 186. | 9-16-20 | 00041334 |
| 187. | 9-13-20 | 00041327 |
| 188. | 9-13-20 | 00113659 |
| 189. | 9-13-20 | 00047185 |
| 190. | 9-13-20 | 00047193 |
| 191. | 9-15-20 | 00113298 |
| 192. | 9-15-20 | 00113286 |
| 193. | 9-15-20 | 00113283 |
| 194. | 9-21-20 | 00113448 |
| 195. | 9-17-20 | 00041513 |
| 196. | 9-21-20 | 00041532 |
| 197. | 9-17-20 | 00113426 |
| 198. | 9-17-20 | 00113435 |
| 199. | 9-18-20 | 00041497 |
| 200. | 9-18-20 | 00041504 |
| 201. | 9-19-20 | 00041484 |
| 202. | 9-19-20 | 00113397 |
| 203. | 9-21-20 | 00113387 |
| 204. | 9-21-20 | 00041409 |
| 205. | 9-22-20 | 00113466 |
| 206. | 9-23-20 | 00113494 |
| 207. | 9-23-20 | 00113485 |
| 208. | 9-24-20 | 00041609 |
| 209. | 9-24-20 | 00113502 |
| 210. | 9-27-20 | 00041651 |
| 211. | 9-27-20 | 00041665 |
| 212. | 9-28-20 | 00041571 |
| 213. | 9-29-20 | 00041914 |
| 214. | 9-29-20 | 00113655 |
| 215. | 9-29-20 | 00113637 |
| 216. | 9-30-20 | 00113624 |
| 217. | 10-1-20 | 00041889 |
| 218. | 10-1-20 | 00113604 |
| 219. | 10-2-20 | 00113574 |
| 220. | 10-2-20 | 00113582 |
| 221. | 10-3-20 | 00113554 |
| 222. | 10-3-20 | 00041845 |
| 223. | 10-3-20 | 00113547 |
| 224. | 10-3-20 | 00113541 |
| 225. | 10-7-20 | 00113679 |
| 226. | 10-8-20 | Unknown |
| 227. | 10-8-20 | Unknown |

# FD 1023: CHS CONTACT SUMMARY – SA HENRICK IMPOLA

|    | Date of Contact | Bates No. |
|----|-----------------|-----------|
| 1. | 4-4-20          | 00112083  |
| 2. | 4-13-20         | 00112235  |
| 3. | 4-20-20         | 00112237  |
| 4. | 5-14-20         | 00112575  |
| 5. | 5-28-20         | 00113681  |

## FD 1023: CHS CONTACT SUMMARY – SA RICHARD TRASK

|    | Date of Contact | Bates No. |
|----|-----------------|-----------|
| O. | ---             | ----      |