UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                          CASE No. 1:20-CR-183

ADAM DEAN FOX, et al.,                  HON. ROBERT J. JONKER

    Defendants.
_____/

## **ORDER**

The matter is before the Court on the Defendants' motion to continue the pretrial motion filing deadline. (ECF No. 385). The current deadline for pretrial motions is January 14, 2022. (ECF No. 347, PageID.2155). Defendants seek to extend the deadline until January 31, 2022. The motion is **DENIED.**

The Court fails to see any good cause to extend the deadline. The Court has previously extended deadlines in the case. The current schedule is the result of the Court's consultation with the parties to construct a timetable that permitted both sides to raise important pre-trial issues in a way that allowed thoughtful deliberation but that did not risk jamming the trial schedule, or generating trial disruptions.[1] The Court set the January 14, 2022, motion deadline at a time when everyone already knew there had been and would continue to be extensive discovery and disclosures. As expected, there has been a large volume of discovery, much in the form of audio

---

[1] For example, the Court set provisional status conferences for October 28, 2021, and November 23, 2021, and cancelled them after both sides informed the Court there was no need for the conference. (ECF Nos. 353, 357).

and visual recordings. There may be still more to come, but the defense has identified no specific issue or anticipated issue in its latest motion; just a generic concern that more discovery might generate a basis for more motions. That is not enough to support a further extension. On this record, the Court declines to extend the motion deadline.[2]

**ACCORDINGLY, IT IS ORDERED** that the defense motion (ECF No. 385) is **DENIED.**

Dated:   January 5, 2022          /s/ Robert J. Jonker
                                  ROBERT J. JONKER
                                  CHIEF UNITED STATES DISTRICT JUDGE

---

[2] If something genuinely new comes up for either side after the deadline, the Court has no doubt that the affected party or parties will find ways to alert the Court and seek any appropriate relief.