## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. Fox, Croft, Franks, Harris, Caserta | | | DISTRICT JUDGE: Robert J. Jonker |
|---|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
| 1:20-cr-183 | 1/18/22 | 11:01 a.m. - 1:30 p.m. | Grand Rapids | |

### APPEARANCES

| Government: Nils Kessler / Jonathan Roth | Defendant: (see below) | Counsel Designation: |
|---|---|---|

### TYPE OF HEARING
- ☐ Arraignment:
  - ☐ mute  ☐ nolo contendre
  - ☐ not guilty  ☐ guilty
- ☐ Final Pretrial Conference
- ☐ Detention   (waived ☐ )
- ✓ Motion Hearing
- ☐ Revocation/SRV/PV
- ☐ Bond Violation
- ☐ Change of Plea
- ☐ Sentencing
- ☐ Trial
- ☐ Other: _____

### DOCUMENTS
- ☐ Defendant's Rights
- ☐ Waiver of Indictment
- ☐ Other: _____

Court to Issue:
- ☐ Order of Detention
- ☐ Notice of Sentencing
- ☐ Order Appointing Counsel
- ✓ Other: Order

### CHANGE OF PLEA
Charging Document:
- ☐ Read   ☐ Reading Waived

Guilty Plea to Count(s) _____ of the _____

Count(s) to be dismissed at sentencing: _____

- ☐ Presentence Report Ordered
- ☐ Presentence Report Waived
- ☐ Plea Accepted by the Court
- ☐ Plea Taken under Advisement
- ☐ No Written Plea Agreement

### SENTENCING

Imprisonment: _____
Probation: _____
Supervised Release: _____
Fine: $ _____
Restitution: $ _____
Special Assessment: $ _____

Plea Agreement Accepted: ☐ Yes ☐ No
Defendant informed of right to appeal: ☐ Yes ☐ No
Counsel informed of obligation to file appeal: ☐ Yes ☐ No
Conviction Information:
  Date: _____
  By: _____
  As to Count (s): _____

**ADDITIONAL INFORMATION:**
Adam Dean Fox by Christopher Gibbons (CJA)        Brandon Michael-Ray Caserta by Michael Hills (CJA)
Barry Gordon Croft by Joshua Blanchard (CJA) and Melissa Freeman     Kaleb James Franks by Scott Graham (CJA)
Daniel Joseph Harris by Julia Kelly (CJA)
Attorneys Hills and Blanchard appeared by video as did defendant Caserta.    Discussion as to ECF Nos. 368, 369, 370, 383.

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Paul Brandell | **Case Manager:** S. Bourque |