UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

KALEB JAMES FRANKS,

       Defendant.
_____/

Case No. 1:20–cr–183

Hon. Robert J. Jonker

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Change of Plea Hearing
Date/Time:   February 9, 2022   09:15 AM
Magistrate Judge:   Phillip J. Green
Place/Location:   499 Federal Building, Grand Rapids, MI

                        PHILLIP J. GREEN
                        U.S. Magistrate Judge

Dated:  February 7, 2022     By:   /s/ Angie L. Doezema
                                           Courtroom Deputy