UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                      Case No. 1:20–cr–183

v.                                Hon. Robert J. Jonker

KALEB JAMES FRANKS,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):  Sentencing
Date/Time:  June 8, 2022   03:00 PM
Chief Judge:  Robert J. Jonker
Place/Location:  699 Federal Building, Grand Rapids, MI

                                          ROBERT J. JONKER
                                          Chief United States District Judge

Dated:  February 9, 2022        By:   /s/ Susan Driscoll Bourque
                                                 Case Manager