UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                        No. 1:20-CR-183

v.

KALEB JAMES FRANKS,

        Defendant.
_____/

## MOTION TO WITHDRAW ERRONEOUS FILINGS

The United States of America moves to withdraw its motion to adjourn sentencing filed as ECF #635 and its Certificate regarding compliance with Local Criminal Rule 12.4 filed as ECF #636. Those filings contain a clerical error in that they include the name of United States Attorney Mark A. Totten in the signature block of each document. United States Attorney Totten has been recused from this matter and is not appearing on behalf of the United States.

                                              Respectfully submitted,

                                              DONALD DANIELS
                                              Assistant United States Attorney
                                              Acting under Authority Conferred by
                                              28 U.S.C. § 515

Dated: May 9, 2022                 */s/ Nils R. Kessler*
                                              NILS R. KESSLER
                                              Assistant United States Attorney
                                              P.O. Box 208
                                              Grand Rapids, MI 49501-0208
                                              (616) 456-2404
                                              *nils.kessler@usdoj.gov*