UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KALEB JAMES FRANKS,

    Defendant.
_____/

CASE NO. 1:20-cr-183

HON. ROBERT J. JONKER

# ORDER

Before the Court is the government's motion to adjourn sentencing currently set for June 8, 2022. ECF No. 637. The motion asks that sentencing be adjourned until such time as the retrial of Defendant's co-defendants takes place. Defendant does not object to the request. The motion will be **GRANTED**. Sentencing is adjourned without date.

Dated:   May 11, 2022              /s/ Robert J. Jonker
                                                 ROBERT J. JONKER
                                                 CHIEF UNITED STATES DISTRICT JUDGE