UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                     Case No. 1:20–cr–183

v.                               Hon. Robert J. Jonker

KALEB JAMES FRANKS,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Sentencing |
| Date/Time: | October 6, 2022   04:00 PM *(previously set for 9/22/22)* |
| Judge: | Robert J. Jonker |
| Place/Location: | 699 Federal Building, Grand Rapids, MI |

                                             ROBERT J. JONKER
                                             United States District Judge

Dated:   July 26, 2022        By:    /s/ Susan Driscoll Bourque_____
                                                 Case Manager