UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                Case No. 1:20–cr–183

v.                                       Hon. Robert J. Jonker

KALEB JAMES FRANKS,

        Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Sentencing |
| Date/Time: | October 6, 2022   03:00 PM<br>*(previously set for 04:00 PM on 10/6/22)* |
| Judge: | Robert J. Jonker |
| Place/Location: | 699 Federal Building, Grand Rapids, MI |

                                                      ROBERT J. JONKER
                                                      United States District Judge

Dated:  October 5, 2022        By:   /s/ Susan Driscoll Bourque
                                                        Case Manager